PRISONER CASE

R

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## Civil Cover Sheet (JH)

**FILED**
DEC 17 2007
Dec. 17, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Plaintiff(s):** CHRISTOPHER KNOX

**Defendant(s):** MARRY HENRY, et al.

**County of Residence:** ALEXANDER

**County of Residence:**

**Plaintiff's Address:**
Christopher Knox
B-61090
Tamms - CMAX
P.O. Box 2000
Tamms, IL 62988

**Defendant's Attorney:**
Illinois Department of Corrections
100 West Randolph, Suite 4-200
Chicago, IL 60601

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**07 CV 7061**
**JUDGE MANNING**
**MAGISTRATE JUDGE MASON**

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** ☑ Yes ☐ No

**Signature:** *Q. E. Woodham* **Date:** 12/17/2007

Manning
Mason   07 C 4855