United States District Court  JH

NORTHERN DISTRICT OF ILLINOIS

CHRISTOPHER KNOX
PLAINTIFF PRO SE

V.

MARKY HENRY et al.
DEFENDANTS

APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER

CASE 07 CV 7061
Judge Manning
Magistrate Judge Mason

I, CHRISTOPHER KNOX, declare that I am the (check appropriate box)

[X] petitioner/plaintiff    [ ] movant (filing 28 U.S.C. 2255 motion)
[ ] respondent/defendant    [ ] _____ other

FILED
DEC 17 2007
Dec. 17, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

In further support of this application, I answer the following questions.

1. Are you presently employed?                                               Yes [ ]   No [ ]
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment        Yes [ ]   No [X]
   b. Rent payments, interest or dividends?                        Yes [ ]   No [X]
   c. Pensions, annuities or life insurance payments?              Yes [ ]   No [X]
   d. Gifts or inheritances?                                       Yes [ ]   No [X]
   e. Any other sources?                                           Yes [X]   No [ ]

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months. **COURT SETTLEMENT LAW SUIT. $300.00**

3. Do you own any cash, or do you have money in checking or savings accounts?
   Yes ☐   No ☒  (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned.

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐   No ☒
   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.
   ∅

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __12-10-07__   _Christopher Knol_
              (Date)            Signature of Applicant

## CERTIFICATE
(Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ ∅ on account to his credit at the __Tamms CC__ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: __Not Known__

I further certify that during the last six months the applicant's average balance was $ ∅

DEC 1 0 2007                    _[signature]_
                                Authorized Officer of Institution

TAMMS CORR. CENTER
TRUST OFFICE

ORDER OF COURT

| The application is hereby denied. | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| _____ _____ United States Judge    Date | _____ _____ United States Judge    Date or Magistrate |

2/23/

# Tamms Correctional Center
## Trust Fund
### Inmate Transaction Statement

REPORT CRITERIA - Date: 10/20/2007 thru 11/27/2007;  Inmate: B61090;  Active Status Only ? : No;  Print Restrictions ? : Yes;  Transaction Type: All Transaction Types;  Print Furloughs / Restitutions ? : Yes;  Include Inmate Totals ? : Yes;  Print Balance Errors Only ? : No

**Inmate:** B61090 Knox, Christopher  
**Housing Unit:** TAM-F -03-02

|  |  |
|---|---:|
| Total Inmate Funds: | .34 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 177.65 |
| Funds Available: | -177.31 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

## RESTITUTIONS

| Rest. # | Vendor | | Transaction | Tran. Date | Amount | Balance |
|---|---|---|---|---|---|---|
| 4131 | 476 | US District Court-Northern | Beginning Balance | 04/19/2007 | 48.77 | .00 |
| | | | | Total: | | .00 |

## RESTRICTIONS

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 05/08/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.78 |
| 05/17/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.82 |
| 05/21/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.82 |
| 05/21/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 05/22/2007 | | Disb | Medical Co-Pay | 99999 DOC: 523 Fund Inmate Reimburseme | $2.00 |
| 05/23/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 05/24/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $4.98 |
| 05/24/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.40 |
| 05/29/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 05/29/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.75 |
| 06/04/2007 | | Disb | Library | 2 DOC: 523 Fund Library | $1.20 |
| 06/04/2007 | | Disb | Library | 2 DOC: 523 Fund Library | $1.00 |
| 06/04/2007 | | Disb | Library | 2 DOC: 523 Fund Library | $0.75 |
| 06/07/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.58 |
| 06/08/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 06/13/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.58 |
| 06/13/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 06/13/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 06/15/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.58 |
| 06/19/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.82 |
| 06/21/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.82 |
| 06/27/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 06/27/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.82 |
| 06/27/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.82 |
| 06/28/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.92 |
| 06/28/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.82 |
| 07/03/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 07/03/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |

REPORT CRITERIA - Date: 10/20/2007 thru 11/27/2007;    Inmate: B61090;    Active Status Only ? : No;    Print Restrictions ? : Yes;    Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print Balance Errors Only ? : No

**Inmate: B61090 Knox, Christopher**                    **Housing Unit: TAM-F -03-02**

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 07/09/2007 | | Disb | Library | 2 DOC: 523 Fund Library | $4.00 |
| 07/10/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.16 |
| 07/10/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 07/10/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 07/10/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $4.60 |
| 07/10/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.48 |
| 07/11/2007 | | Disb | Medical Co-Pay | 99999 DOC: 523 Fund Inmate Reimburseme | $2.00 |
| 07/11/2007 | | Disb | Medical Co-Pay | 99999 DOC: 523 Fund Inmate Reimburseme | $2.00 |
| 07/13/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.75 |
| 07/13/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.58 |
| 07/13/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.58 |
| 07/16/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.58 |
| 07/16/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 07/16/2007 | | Disb | Medical Co-Pay | 99999 DOC: 523 Fund Inmate Reimburseme | $2.00 |
| 07/18/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 07/18/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 07/18/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.82 |
| 07/19/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 07/23/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.48 |
| 07/23/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.58 |
| 07/26/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.58 |
| 08/02/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.80 |
| 08/02/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 08/02/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.80 |
| 08/08/2007 | | Disb | Library | 2 DOC: 523 Fund Library | $1.80 |
| 08/08/2007 | | Disb | Library | 2 DOC: 523 Fund Library | $0.50 |
| 08/14/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.58 |
| 08/14/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 08/16/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 08/20/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $2.60 |
| 08/21/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.30 |
| 08/21/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $3.17 |
| 08/22/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $2.15 |
| 08/29/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.71 |
| 09/05/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 09/05/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $4.14 |
| 09/10/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.13 |
| 09/14/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 09/14/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.58 |
| 09/14/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.33 |
| 09/28/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 09/28/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.47 |

Date: 11/28/2007 | Tamms Correctional Center | Page 3
Time: 8:17am | Trust Fund |
d_list_inmate_trans_statement_composite | Inmate Transaction Statement |

REPORT CRITERIA - Date: 10/20/2007 thru 11/27/2007;   Inmate: B61090;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: B61090 Knox, Christopher**  **Housing Unit: TAM-F -03-02**

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 09/28/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $2.83 |
| 09/28/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.58 |
| 09/28/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.58 |
| 10/03/2007 | | Disb | Library | 2 DOC: 523 Fund Library | $2.60 |
| 10/03/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.30 |
| 10/03/2007 | | Disb | Library | 2 DOC: 523 Fund Library | $9.40 |
| 10/03/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.64 |
| 10/03/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.30 |
| 10/03/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.64 |
| 10/03/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.58 |
| 10/03/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.30 |
| 10/03/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.30 |
| 10/05/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $2.26 |
| 10/12/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $3.71 |
| 10/15/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $2.30 |
| 10/15/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $4.90 |
| 10/16/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 10/18/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.58 |
| 10/18/2007 | | Disb | Library | 2 DOC: 523 Fund Library | $3.40 |
| 10/18/2007 | | Disb | Library | 2 DOC: 523 Fund Library | $3.00 |
| 10/19/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.30 |
| 10/19/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.30 |
| 10/24/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.13 |
| 10/31/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.64 |
| 10/31/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.58 |
| 10/31/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.13 |
| 10/31/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.13 |
| 11/01/2007 | | Disb | Library | 2 DOC: 523 Fund Library | $6.00 |
| 11/02/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.13 |
| 11/02/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 11/02/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.13 |
| 11/05/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.71 |
| 11/05/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $2.60 |
| 11/08/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.99 |
| 11/08/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.99 |
| 11/08/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $4.60 |
| 11/08/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.48 |
| 11/14/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $2.28 |
| 11/14/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.97 |
| 11/14/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.97 |
| 11/14/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.97 |
| 11/14/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.97 |

Tamms Correctional Center
**Trust Fund**
Inmate Transaction Statement

REPORT CRITERIA - Date: 10/20/2007 thru 11/27/2007;　　Inmate: B61090;　　Active Status Only ? : No;　　Print Restrictions ? : Yes;　　Transaction Type: All Transaction Types;　　Print Furloughs / Restitutions ? : Yes;　　Include Inmate Totals ? : Yes;　　Print Balance Errors Only ? : No

**Inmate: B61090 Knox, Christopher**　　　　**Housing Unit: TAM-F -03-02**

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 11/14/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 11/16/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.99 |
| 11/16/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $14.70 |
| 11/27/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| | | | | **Total Restrictions:** | **$177.65** |