IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER KNOX B61090 | ) | |
| | ) | No. 07 C 7061 |
| Plaintiff, | ) | |
| | ) | Hon. Blanche M. Manning |
| v. | ) | Judge Presiding |
| | ) | |
| MARY HENRY et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JURY DEMAND

NOW COME the defendants, MARY HENRY, DAVID MITCHELL and KENNETH HAMILTON by and through their attorney, LISA MADIGAN, Attorney General of the State of Illinois, and hereby demand a jury trial in this cause on all issues so triable.

                                                  Respectfully submitted,

LISA MADIGAN
Attorney General of Illinois                   By:    s/ Camile Lindsay
                                                                 CAMILE J. LINDSAY
                                                                 Assistant Attorney General
                                                                 General Law Bureau
                                                                 100 West Randolph Street, 13th Fl.
                                                                 Chicago, Illinois 60601
                                                                 (312) 814-4329