IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER KNOX B61090 | ) | |
| | ) | No.  07 C 7061 |
| Plaintiff, | ) | |
| | ) | Hon. Blanche M. Manning |
| v. | ) | Judge Presiding |
| | ) | |
| MARY HENRY et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

TO:   Christopher Knox B61090
      TAMMS-CMAX
      PO Box 2000
      Tamms, IL 62988

**PLEASE TAKE NOTICE** that on March 31, 2008, the attached **APPEARANCE AND JURY DEMAND**, was filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, at 219 South Dearborn Street, Chicago, Illinois 60604, a copy of which is herewith served upon you.

LISA MADIGAN
Attorney General of Illinois         By:     s/Camile Lindsay
                                             CAMILE LINDSAY
                                             Assistant Attorney General
                                             General Law Bureau
                                             100 West Randolph Street, 13th Fl.
                                             Chicago, Illinois  60601
                                             (312) 814-4329

## CERTIFICATE OF SERVICE

The undersigned being duly sworn upon oath deposes and states that a copy of the foregoing was served upon the above named at the address indicated by **US MAIL** on March 31, 2008.

                                             s/Camile Lindsay