**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br><br>*Christopher Knox  v. Mary Henry  et al.* | Case Number:   07 CV 7061<br><br>Judge Manning |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants: Nedra Chandler, Robert Linboom, Glen Wicks, David Mitchell, John Hess, Kenneth Hamilton, Danny Ford, Tony Gillette, David Sambdman, Lt. Michael Gorman and Terry McCann

| |
|---|
| NAME (Type or print)<br>AUSTIN E. FRANKLIN |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/Austin E. Franklin |
| FIRM<br>Office of the Illinois Attorney General |
| OFFICE ADDRESS<br>100 W. Randolph, 13th Floor |
| CITY/STATE/ZIP<br>Chicago, Illinois  60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6289504 | TELEPHONE NUMBER<br>(312) 814-3700 |
|---|---|

| | | | | |
|---|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES | ___ | NO | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | ___ | NO | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES | ✓ | NO | ___ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES | ✓ | NO | ___ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL   ___      APPOINTED COUNSEL   ___