## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Christopher Knox

                    Plaintiff,

v.                                    Case No.: 1:07−cv−07061
                                                Honorable Blanche M. Manning

Marry Henry, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 1, 2008:

      MINUTE entry before Judge Honorable Blanche M. Manning:Status hearing held on 4/1/2008. Status hearing set for 5/29/2008 at 11:00 AM. This case, as well as 07 C 814, 07 C 4855, 06 C 5247, 08 C 1777, and 07 C 50053 are referred, by agreement, to Magistrate Judge Mason for global settlement discussions. All proceedings are hereby stayed pending settlement.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.