UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Christopher Knox
                    Plaintiff,
v.                                              Case No.: 1:07−cv−07061
                                                Honorable Blanche M. Manning
Marry Henry, et al.
                    Defendant.

**ORDER REFERRING A CIVIL CASE TO THE
DESIGNATED MAGISTRATE JUDGE**

Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Michael T. Mason for the purpose of holding proceedings related to: settlement conference.(rth, )Mailed notice.

Dated: April 1, 2008

/s/ Blanche M. Manning

United States District Judge