UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Christopher Knox
                              Plaintiff,
v.                                          Case No.: 1:07−cv−07061
                                            Honorable Blanche M. Manning
Marry Henry, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 10, 2008:

         MINUTE entry before Judge Honorable Michael T. Mason: Settlement Conference set for 5/13/2008 at 10:00 AM. Arrangements will be made by the Court for plaintiff to appear via video−conference. Defendant's counsel to submit a settlement position letter to chambers, room 2206, by 5/8/08.(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.