U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of Christopher Knox    Case Number: 07 CV 7061
　　　　　　　　Plaintiff,
v. Marry Henry; Nedra Chandler; Lt. David Sambdman; Lt. Michael Gorman; Sgt. Wicks; C/O Gillette; C/O Limdbloom; C/O Hess; C/O Ford; C/O Kenneth Hamilton; Ltd. David Mitchell; Dr. Gnu; Dr. Marvin Powers; R/N Ms. Schave; R/N Terry Caliper; Terry McCann; et al.   Defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Lawrence Ngu, M.D. and Marvin Powers, M.D.

| | |
|---|---|
| NAME (Type or print) <br> Scott G. Salemi | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Scott G. Salemi | |
| FIRM <br> Heyl, Royster, Voelker & Allen | |
| STREET ADDRESS <br> 120 W. State Street, Second Floor, National City Bank Building | |
| CITY/STATE/ZIP <br> Rockford, IL 61105 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6209932 | TELEPHONE NUMBER <br> 815-963-4454 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X] NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ] NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X] NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X] NO [ ] |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL [ ]　　APPOINTED COUNSEL [ ] | |