U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of Christopher Knox                                              Case Number: 07 CV 7061
                        Plaintiff,
v. Marry Henry; Nedra Chandler; Lt. David Sambdman; Lt. Michael Gorman; Sgt. Wicks; C/O Gillette; C/O Lindbloom; C/O Hess; C/O Ford; C/O Kenneth Hamilton; Ltd. David Mitchell; Dr. Gnu; Dr. Marvin Powers; R/N Ms. Schave; R/N Terry Caliper; Terry McCann; et al.     Defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Lawrence Ngu, M.D. and Marvin Powers, M.D.

| | |
|---|---|
| **NAME (Type or print)** | |
| Jana L. Brady | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) | |
| s/ Jana L. Brady | |
| **FIRM** | |
| Heyl, Royster, Voelker & Allen | |
| **STREET ADDRESS** | |
| 120 W. State Street, Second Floor, National City Bank Building | |
| **CITY/STATE/ZIP** | |
| Rockford, IL 61105 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** | **TELEPHONE NUMBER** |
| 6281390 | 815-963-4454 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |