**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 07 CV 7061 |
|---|---|
| *Christopher Knox  v. Mary Henry  et al.* | Judge Manning |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants: Nedra Chandler, Robert Linbloom, Glen Wicks, John Hess, Kenneth

Danny Ford, Tony Gillette, David Sambdman, Lt. Michael Gorman,

Terry McCann, and Terry Caliper

| NAME (Type or print) |
|---|
| CAMILE J. LINDSAY |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Camile J. Lindsay |
| FIRM |
| Office of the Illinois Attorney General |
| OFFICE ADDRESS |
| 100 W. Randolph, 13th Floor |
| CITY/STATE/ZIP |
| Chicago, Illinois  60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6280478 | (312) 814-4329 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ___ | NO ✓ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ___ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ___ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ___ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL  ___       APPOINTED COUNSEL  ___