UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Christopher Knox
Plaintiff Pro Se
— vs —
Marry Henry _____ Et. al.,
Defendants

Case # No # 07-cv-7061

FILED
JUL 31 2008
Jul 31, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## MOTION TO RECONSIDER

Now come Plaintiff, Christopher Knox, Pro Se, and respectfully submit this "Motion" pursuant to Fed. R. Civ. P. and state as follows ● ● ● ●

1). On January 22, 2008, this court granting the motion for leave to proceed informa pauperis ● ● ● ●

2). On July 3, 2008, this court vacated it's January 22, 2008, order granting plaintiff, leave to proceed informa pauperis. Due to the allege three strikes provision ● ● ●

3). Plaintiff, allege that; he has only one strike, and that strike resulted in the Knox -vs- Cox, No. 05-1077 (C.D. Ill.

4). Plaintiff, allege that; Knox -vs- Spencer No. 03-1074 (C.D. Ill.) was not dismissed for failure to state a claim, in fact that case proceeded to trial on April 25, 2006, see, Knox -vs- Spencer No. 03-1074 (C.D. Ill.).

1

5). PLAINTIFF, ALLEGE THAT; KNOX -VS- CARLTON NO. 03-1327 (C.D. Ill) KNOX -VS- SCHOMIG NO. 03-1377 (C.D. Ill) KNOX -VS- WAINSCOTT NO. 03-1429 (N.D. Ill) KNOX -VS- BRYANT NO. 02-4363 (N.D. Ill). ALL WERE PART OF A UNIVERSAL SETTLEMENT AGREEMENT IN CASE, KNOX -VS- BRYANT NO. 02-4363 (N.D. Ill.)..

6). PLAINTIFF, ALLEGE THAT; 28 U.S.C. §1915(G) DOES NOT COUNT AS A STRIKE, IF CERTAIN CLAIM'S AGAINST CERTAIN DEFENDANTS, IS DISMISSED FOR FAILURE TO STATE A CLAIM, AND THE PLAINTIFF, IS ALLOWED TO PROCEED ON THE REMAINDER OF HIS CLAIM'S...

7). PLAINTIFF, ALLEGE THAT; NONE OF THE ABOVE MENTIONED CASE'S WERE DISMISSED FOR FAILURE TO STATE A CLAIM, IN FACT IT WAS PART OF A SETTLEMENT AGREEMENT. AND BY STIPULATION BY ALL PARTIES TO DISMISS THE CASE'S BASED ON SETTLEMENT AGREEMENT.. SEE, KNOX -VS- BRYANT, NO. 02-4363 (N.D. Ill.).

8). PLAINTIFF, ALLEGE THAT; THIS COURT HAS MADE AN MISTAKE AND IS INCORRECTLY INTERPRETING THE LANGUAGE IN THOSE CASE'S.

9). PLAINTIFF, ALLEGE THAT; HE HAS ONLY ONE STRIKE THAT HE HAD INCURRED. AND THAT WAS IN THE KNOX -VS- COX, NO. 05-1077 (C.D. Ill.).

2

10). Plaintiff, allege that; This court had checked all files of Plaintiff, prior to granting Plaintiff leave to proceed informa pauperis, and there was nothing in the files to indicate Plaintiff had three strikes....

11). Plaintiff, is requesting that this court reconsider it's July 3, 2008 — ruling that had vacated it's January 22, 2008 ruling, and denying leave to proceed informa pauperis....

12). This motion is filed in good faith and not for purposes of undue delay, if this motion is not granted Plaintiff, will suffer prejudice which would result in both physical and irreparable injuries to Plaintiff.....

Wherefore, for the above and foregoing reasons set forth respectfully request that this court reconsider it's July 3, 2008 ruling, and allow Plaintiff, to proceed informa pauperis..

Respectfully submitted
Christopher Knox B61090
8500 Supermax, Rd
Tamms, Illinois 62988

3

IN THE
UNITED STATES DIST. COURT
NORTHERN DIST. OF ILLINOIS

CHRISTOPHER KNOX
Plaintiff,

v.

MARRY HENRY ET. AL
Defendant

Case No. 07-CV-7061

## PROOF/CERTIFICATE OF SERVICE

TO: ASS. ATT. GENERAL
MS. CAMILE LINDSAY
100 W. RANDOLPH ST. 12th FL
CHICAGO, ILLINOIS
60601

TO: _____

PLEASE TAKE NOTICE that on JULY 28, 2008, I have placed the documents listed below in the institutional mail at TAMMS Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: MOTION TO RECONSIDER.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 7-28-08

/s/ Christopher Knox
NAME: Christopher Knox
IDOC#: B61090
TAMMS Correctional Center
P.O. BOX 2000
TAMMS, IL 62988

Revised Jan 2002