Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | BLANCHE M. MANNING | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7061 | **DATE** | 9/2/2008 |
| **CASE TITLE** | Christopher Knox (#B-61090) vs. Marry Henry, et al. | | |

**DOCKET ENTRY TEXT:**

The plaintiff's motion for reconsideration [40] is denied. As the plaintiff has been advised in each of his pending cases, the dismissal of frivolous claims, and not just entire complaints, counts as a "strike" under the law of this circuit. Because (a) the plaintiff struck out pursuant to 28 U.S.C. § 1915(g) prior to initiating this lawsuit, and (b) this case does not involve imminent danger of serious physical injury, the plaintiff must prepay the full $350 statutory filing fee. On the court's own motion, the plaintiff is granted an additional twenty-one days from the date of this order to pay the filing fee. Failure to pay the filing fee within twenty-one days will result in summary dismissal of this case.

**Docketing to mail notices.**

mjm